| | | |
|---|---|---|
| BETTY PERRY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| EVELYN SANDERS, and | ) | |
| SOUTHEASTERN ADULT DAY CENTER, | ) | |
| | ) | |
| Defendants. | ) | |

On July 17, 2013, defendants moved to dismiss plaintiff's complaint [D.E. 13]. See Fed. R. Civ. P. 12(b)(6). Plaintiff did not respond. Having reviewed the record and governing law, defendants' motion to dismiss [D.E. 13] is GRANTED.

SO ORDERED. This 18 day of September 2013.

JAMES C. DEVER III
Chief United States District Judge