AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA
**WESTERN DIVISION**

| | |
|---|---|
| BETTY PERRY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT IN A CIVIL CASE** |
| ) | **CASE NO. 5:13-CV-371-D** |
| EVELYN SANDERS, Owner of Southeastern ) | |
| Adult Day Care and SOUTHEASTERN ) | |
| ADULT DAY CARE, ) | |
| ) | |
| Defendant. ) | |

**Decision by the Court:**

     IT IS ORDERED AND ADJUDGED that the Court GRANTS Defendants' Motion to Dismiss [D.E. 13].   The Clerk shall close the case.

     **THE ABOVE JUDGMENT WAS ENTERED TODAY**, **SEPTEMBER 18, 2013** WITH A COPY  TO:

Betty Perry, Pro se  (via USPS to 4601 Thurmount Place, Raleigh, NC 27604)
Danielle Barbour Wilson  (via CM/ECF Notice of Electronic Filing)


| | |
|---|---|
| September 18, 2013 | JULIE A. RICHARDS, Clerk |
| Date | Eastern District of North Carolina |
| | |
| | /s/ Debby Sawyer |
| | (By) Deputy Clerk |
| Raleigh, North Carolina | |

Page 1 of  1
Case 5:13-cv-00371-D   Document 22   Filed 09/18/13   Page 1 of 1